Jessica Schultz, WSBA #42540
NORTHWEST JUSTICE PROJECT
157 S. Howard St., Suite 405
Spokane, WA  99201
Tel. (509) 324-9128; fax (206) 299-3185

Scott Crain, WSBA#37224
NORTHWEST JUSTICE PROJECT
401 Second Ave. S #407
Seattle, WA 98104
Tel. (206) 707-0900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURA WOOLLEY-REPP and TIMOTHY REPP, and<br><br>LAURA WOOLLEY-REPP and TIMOTHY REPP,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMBERLINE SUNSET MHC, LLC, and COMMONWEALTH PROPERTY MANAGEMENT SERVICES COMPANY,<br><br>Defendants. | NO. 2:25-cv-00101-TOR<br><br>NOTICE OF SETTLEMENT |

Counsel for Plaintiffs, Laura Woolley-Repp and Timothy Repp, and Defendants, Timberline Sunset MHC, LLC, and Commonwealth Property Management Services Company, hereby provide the Court with notice that the

NOTICE OF SETTLEMENT
(NO. 2:25-cv-00101-TOR)
Page 1

**Northwest Justice Project**
157 S. Howard St., Suite #405
Spokane, WA 99201
(509) 324-9128
(206) 299-3185 (fax)

parties have reached an agreement in principle to resolve the matters at issue in this case. The parties request that the Court vacate all current scheduled dates to allow the parties time to complete settlement paperwork and file a motion seeking Court approval of the settlement. The parties will thereafter seek an appropriate dismissal from the Court.

Dated this 4th day of February, 2026.

AGREED:

NORTHWEST JUSTICE PROJECT

By:   /s/ Jessica Schultz
        Jessica Schultz, WSBA #42540

157 S. Howard St., Suite #405
Spokane, WA 99201
Tel: (509) 324-9128
Fax: (206) 299-3185
Email: jessica.schultz@nwjustice.org

*Attorneys for Relators/Plaintiffs*
Laura Woolley-Repp and Timothy Repp

DAVIS WRIGHT TREMAINE LLP

By:   /s/ Anna R. Buono
        Anna R. Buono, WSBA #56580

560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: (503) 778-5207
Fax: (503) 778-5299
Email: annabuono@dwt.com

*Attorneys for Defendants*
Timberline Sunset MHC, LLC and
Commonwealth Property
Management Services Company

NOTICE OF SETTLEMENT
(NO. 2:25-cv-00101-TOR)
Page 2

**Northwest Justice Project**
157 S. Howard St., Suite #405
Spokane, WA 99201
(509) 324-9128
(206) 299-3185 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the forgoing with the court using the CM/ECF system which will send notification of such filing to all counsel of record as listed below:

Anna R. Buono
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: (503) 778-5207
Fax: (503) 778-5299
Email: annabuono@dwt.com

*Attorneys for Defendants*

DATED this 4th day of February, 2026.

NORTHWEST JUSTICE PROJECT

  /s/ Jessica Schultz
Jessica Schultz, WSBA #42540

NOTICE OF SETTLEMENT
(NO. 2:25-cv-00101-TOR)
Page 3

**Northwest Justice Project**
157 S. Howard St., Suite #405
Spokane, WA 99201
(509) 324-9128
(206) 299-3185 (fax)