FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA ex rel. LAURA WOOLLEY-REPP and TIMOTHY-REPP and

LAURA WOOLLEY-REPP and TIMOTHY REPP,

Plaintiffs,

v.

TIMBERLINE SUNSET MHC, LLC and COMMONWEALTH PROPERTY MANAGEMENT SERVICES COMPANY,

Defendants.

NO. 2:25-CV-0101-TOR

ORDER ON STIPULATED MOTION TO DISMISS

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 20. The parties agree that Relators Laura Woolley-Repp and Timothy Repp ("Relators") claims against Defendants shall be dismissed with prejudice. ECF No. 20 at 1-2. Also, the parties agree that dismissal shall be without prejudice as to the United States for the Covered Conduct (as defined in the Parties' settlement

ORDER ON STIPULATED MOTION TO DISMISS ~ 1

agreement).  ECF No. 20 at 2.  The Court has reviewed the record and files herein and is fully informed.

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a case if the parties file and sign a stipulation to dismiss.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss (ECF No. 20) is **GRANTED.**

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relators' claims are **DISMISSED with prejudice.**  As to the United States for the Covered Conduct (as defined in the parties' settlement agreement), it is **DISMISSED without prejudice.**

3. All deadlines, hearings, and trial dates are **VACATED.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 4, 2026.



THOMAS O. RICE
United States District Judge

ORDER ON STIPULATED MOTION TO DISMISS ~ 2