AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

**May 04, 2026**

for the

Eastern District of Washington

SEAN F. MCAVOY, CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. LAURA WOOLLEY-REPP and TIMOTHY-REPP and LAURA WOOLLEY-REPP and TIMOTHY REPP | ) |
| *Plaintiff* | ) |
| v. | ) |
| TIMBERLINE SUNSET MHC, LLC and COMMONWEALTH PROPERTY MANAGEMENT SERVICES COMPANY | ) |
| *Defendant* | ) |

Civil Action No.   2:25-CV-0101-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Court Order at ECF No. 21, the parties' Stipulated Motion to Dismiss (ECF No. 20) is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relators' claims are DISMISSED with prejudice. As to the United States for the Covered Conduct (as defined in the parties' settlement agreement), it is DISMISSED without prejudice.
Judgment of Dismissal is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:   5/4/2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*